UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160(12) (NEB/JFD)

United States of America,

          Plaintiff,

v.                      **ORDER FOR APPOINTMENT OF COUNSEL**

Christopher Finch,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Robert Richman, Attorney ID 226142, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 2, 2023

s/ John F. Docherty
Honorable John F. Docherty
United States Magistrate Judge